**DISMISS; and Opinion Filed October 4, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00045-CV

**RUBY GOODACRE, Appellant**
**V.**
**COURTYARDS AT KIRNWOOD, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05543-C**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and Brown
Opinion by Justice Brown

Appellant's brief in this case is overdue. By postcard dated June 18, 2018, we notified appellant that the time for filing her brief had expired and instructed her to file the brief with an appropriate extension motion within ten days. We further cautioned appellant that failure to file her brief within the specified time would result in dismissal of the appeal.

To date, appellant has not filed a brief or otherwise communicated with the Court regarding the status of the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Ada Brown/
ADA BROWN
JUSTICE

180045F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RUBY GOODACRE, Appellant

No. 05-18-00045-CV        V.

COURTYARDS AT KIRNWOOD,
Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-17-05543-C.
Opinion delivered by Justice Brown.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of October, 2018.